OCTOBER 19, 1955

**No. 59375.**—SUIT 4818.—Murray Block, Temporary Administrator for Estate of Louis S. Fryer v. United States.— D. 1594 affirmed July 1, 1955. C. A. D. 596.